**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Joel SOLIS, Defendant–Appellant.**

**No. 08–10484.**

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2009.*

Filed May 26, 2009.

Ian L. Garriques, Esquire, Assistant U.S., USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Eric V. Kersten, Assistant Federal Public Defender, FPDCA—Federal Public Defender's Office, Fresno, CA, Robert Warren Rainwater, Esquire, Rainwater Law Group, Eugene, OR, for Defendant–Appellant.

Before: PREGERSON, CANBY, and BERZON, Circuit Judges.

MEMORANDUM **

Joel Solis appeals from the 70–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Solis contends that the district court failed to adequately explain its sentence and erred by using a prior sentence as an arbitrary limit on the extent of a variance instead of considering all the factors set forth in 18 U.S.C. § 3553(a). We conclude that the district court properly considered the § 3553(a) factors, provided an adequate explanation of the reasons for the sentence, and imposed a sentence that was not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 596, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

